1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   PHILIP J. KEARNEY (CSBN 114978)
    HARTLEY M. K. WEST (CSBN 191609)
5   Assistant United States Attorneys

6   450 Golden Gate Avenue
    San Francisco, CA, 94102
7   Telephone: (415) 436-6758/6747
    Telefax:    (415) 436-7234
8
    Attorneys for Plaintiff
9

*E-filing*

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,        )    No. CR 05-00507 PJH
                                       )    [Filed August 4, 2005]
15                 Plaintiff,          )
                                       )
16          v.                         )    STIPULATION AND ~~[PROPOSED]~~
                                       )    PROTECTIVE ORDER RE:
17   BERNARD THOMAS                    )    INTERCEPTED TELEPHONE CALLS
                                       )
18                 Defendant.          )    San Francisco Venue
                                       )
19   _____)

20           STIPULATION AND PROTECTIVE ORDER

21        The United States is producing to defense counsel, Elena Condes, excerpted transcripts of

22   intercepted jailhouse phone calls from an Emil Forte to defendant Bernard Thomas.  The parties

23   stipulate, and the Court orders, that disclosure of these materials shall be subject to the following

24   restrictions:

25        1.    The United States will produce to defense counsel, Elena Condes, excerpted

26   transcripts of intercepted jailhouse phone calls between Forte and Thomas, which relate to

27   witness intimidation.

28
     STIPULATION AND [PROPOSED]
     PROTECTIVE ORDER
     CR 05-00507 PJH

1    2.    The following individuals may examine the excerpted transcripts for the sole

2    purpose of assisting in the investigation and preparation of the defense of the defendant,

3    including his detention or release pending trial:

4         a)    Defense counsel Elena Condes and those members of her staff who are

5    assisting in the investigation and preparation of this case;

6         b)    The defendant, with a member of Elena Condes's staff present.

7    3.    No other person shall examine the materials without further order of the Court.  In

8    particular, no member or associate of DBG, including Emil Forte, shall be permitted to examine

9    the materials absent further order of the Court.

10    4.    Examination of the materials shall be done in a secure environment which will not

11    expose the materials to other individuals not listed above.

12    5.    No copies of any of the excerpted transcripts may be made without further order

13    of the Court.

14    6.    Within thirty days of the conclusion of this case in the District Court, defense

15    counsel shall return to the United States all materials provided to her pursuant to this Order.

16    SO STIPULATED.

17    DATED:  8·12·05

ELENA CONDES
Counsel for Defendant Bernard Thomas

20    DATED:  8/15/05

HARTLEY M. KEWEST
Assistant United States Attorney

22    PURSUANT TO STIPULATION, IT IS SO ORDERED.

24    DATED: /5 Aug 05

HON. BERNARD ZIMMERMAN
United States District Judge

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER
CR 05-00507 PJH