UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR05-0507 PJH (BZ) |
| v. | |
| BERNARD THOMAS JR., | **DETENTION ORDER** |
| Defendant. | |

This matter came before the Court on August 11, 2005 and August 19, 2005 for a detention hearing. The defendant, Bernard Thomas Jr., was present and represented by Elena Condes. Assistant United States Attorney Hartley West appeared for the United States of America.

Pretrial Services submitted a report to the Court and the parties that recommended detention, and a representative of Pretrial Services was present at the hearing. The Government requested detention, and the Defendant opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Having considered the parties' proffers, the Pretrial

1

1  Services Report and the files and records in this matter, I
2  find that the government has met its burden of showing by
3  clear and convincing evidence that the defendant is a danger
4  to the community and that no condition or combination of
5  conditions will reasonably assure the safety of the community.
6  I also find that the government has met its burden of showing
7  by a preponderance of the evidence that the defendant is a
8  flight risk, but if that were the only risk which the
9  defendant presented, I am satisfied that I could probably
10 fashion conditions what would reasonably assure the
11 defendant's appearance in these proceedings.  In so holding, I
12 have considered the following factors:
13         1.  The defendant is charged with a violation of 18
14 U.S.C. § 844(I)- maliciously damaging and destroying, or
15 attempting to damage and destroy, by means of fire and
16 explosive, a vehicle used in interstate and foreign commerce.
17 The government proffered that the vehicle had been used in a
18 drive-by shooting which resulted in a death.
19         2.  Because he faces a maximum sentence of twenty
20 years imprisonment, he has an incentive to flee.
21         3.  The defendant has a prior criminal record that
22 includes felony convictions for assault with a deadly weapon,
23 possession of cocaine for sale, and first degree robbery.  The
24 defendant has had his probation revoked twice.  In addition,
25 bench warrants, generally for failure to appear for what I
26 take to be probation revocation proceedings, have been issued
27 for the defendant.
28         4.  The government submitted evidence of a telephone

conversation in which the defendant appeared to agree to participate in the killing of a government witness.

5.  Defendant is a lifelong San Francisco resident and has family ties to the community.  He does not have stable residential or employment histories.  Nor did his father, for whom he reportedly has been working, appear on his behalf.

6.  In passing the Bail Reform Act, Congress was particularly concerned with the danger that drugs and violence posed to the community.

7.  Defendant did not proffer any conditions of release, nor have any occurred to the court, that would reasonably assure the safety of the community.  While his grandmother and fiance offered to sign an unsecured bond, and his grandmother offered to act as custodian, given the risks discussed above and the fact that they have not been able to successfully guide his behavior in the past, I do not find that proposal adequate.

Therefore, **IT IS HEREBY ORDERED** that:

(1) The defendant be, and hereby is, committed to the custody of the Attorney General for a confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is

3

1  confined shall deliver the defendant to an authorized Deputy
2  United States Marshal for the purpose of any appearance in
3  connection with a court proceeding.
4  Dated: August 19, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\DETENTIO\2005\THOMASDETENTION.wpd

4