1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CSBN 191609)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6747
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )   No. CR 05-00507 WHA
                                    )
13     Plaintiff,                   )   [~~PROPOSED~~] ORDER UNSEALING
                                    )   ORDER RELATING CASES
14     v.                           )
                                    )
15 BERNARD THOMAS,                  )
                                    )
16     Defendant.                   )
                                    )
17 _____ )

18      The United States hereby requests that the Court's Order Relating Cases, dated

19 September 1, 2005, be unsealed.

20

21 DATED: September 30, 2005          Respectfully submitted,

22                                    KEVIN V. RYAN
                                      United States Attorney
23

24                                           /S/
                                      _____
                                      HARTLEY M. K. WEST
25                                    Assistant United States Attorney

26 IT IS SO ORDERED.

27 Date: October 3, 2005
                                      _____
28                                    WILLIAM ~~H.~~ ALSUP
                                      UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] UNSEALING ORDER
CR 05-00507 WHA