```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CSBN 191609)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6747
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>BERNARD THOMAS,  )<br>  )<br>    Defendant.  )<br>_____  ) | No. CR 05-00507 WHA<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME FROM<br>SEPTEMBER 27 AND OCTOBER 24,<br>2005 FROM THE SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. §§<br>3161(h)(8)(A) and 3161(h)(8)(B)(iv)) |

On September 27, 2005, defendant Bernard Thomas, his attorney Elena Condes, and Assistant United States Attorney Hartley West initially appeared before this Court. Defense counsel advised that she wanted time to review evidence, talk to her client, and research and prepare two possible defense motions. The Court ordered the motions filed October 24, any oppositions filed November 7, and a hearing on November 15 at 2:00 p.m.

The parties agreed and the Court ordered that the time between September 27 and October 24, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), for effective preparation of counsel and because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, the Court HEREBY ORDERS that the time between September 27 and October

STIPULATION AND [~~PROPOSED~~] ORDER
RE: SPEEDY TRIAL EXCLUSION
CR 05-00507 WHA

24, 2005, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Date: October 11, 2005

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____/S/_____
ELENA CONDES
Attorney for Defendant

_____/S/_____
HARTLEY M. K. WEST
Assistant United States Attorney

STIPULATION AND [~~PROPOSED~~] ORDER
RE: SPEEDY TRIAL EXCLUSION
CR 05-00507 WHA