KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-0507 WHA |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DATES FOR HEARING AND FOR DECISION ON MOTION |
| v. | |
| BERNARD THOMAS, JR., | |
| Defendant. | San Francisco Venue |

STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

1. Government counsel assigned to this case and this motion is unavailable and out of the country until November 28, 2005.

2. The parties have been in communication concerning defendant's motion for discovery and disclosure of exculpatory evidence and defendant has agreed to a continuance until December 13, 2005, at 2:00 p.m.

1     3.    Accordingly, the hearing date on defendant's motion, currently scheduled for
November 15, 2005 at 2:00 p.m., should be continued to **December 13, 2005, at 11:00 a.m.**

DATED:                         KEVIN V. RYAN
                                 United States Attorney

11/14/05                       /S/
                                 PHILIP J. KEARNEY
                                 Assistant United States Attorney

DATED: 11/14/05               /S/
                                 ELENA CONDES
                                 Counsel for defendant BERNARD THOMAS, JR.

///
///
///

STIPULATION AND ORDER
CONTINUING DATES                       2

<u>ORDER</u>

Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY ORDERS THAT:

The hearing date on defendant's motion for discovery and disclosure of exculpatory evidence is continued to **December 13, 2005, at 2:00 p.m.**

SO ORDERED.

DATED:   November 15, 2005

_____
HON. WILLIAM ALSUP
United States District Judge

STIPULATION AND ORDER
CONTINUING DATES                               3