KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
RICHARD J. CUTLER (CSBN 146180)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758, 6867

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD THOMAS, JR.,<br><br>        Defendant. | No.: CR 05-~~00167~~ 0507 WHA<br><br>STIPULATION AND ORDER<br>CONTINUING DATES FOR HEARING<br><br><br><br><br>San Francisco Venue |

### STIPULATION

      IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

      1.     The parties have been in communication concerning defendant's motion for discovery and disclosure of exculpatory evidence.  The parties have also been engaged in on-going settlement discussions.  Based on these discussions, the defendant has agreed to a continuance of the motion until January 31, 2005, at 2:00 p.m.

      3.     Accordingly, the hearing date on defendant's motion, currently scheduled for

1  December 12, 2005 at 2:00 p.m., should be continued to **January 31, 2006, at 2:00 p.m.**

2

3

4  DATED:                                          KEVIN V. RYAN
                                                   United States Attorney
5

6

7  12/9/05                                         _____/S/_____
                                                   PHILIP J. KEARNEY
8                                                  RICHARD J. CUTLER
                                                   Assistant United States Attorney
9

10

11

12
   DATED: 12/9/05                                  _____/S/_____
13                                                 ELENA CONDES
                                                   Counsel for defendant BERNARD THOMAS, JR.
14

15

16

17
   ///
18
   ///
19
   ///
20

21

22

23

24

25

26

STIPULATION AND ORDER
CONTINUING DATES                    2

1 | ORDER

2 | Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY
3 | ORDERS THAT:
4 | The hearing date on defendant's motion for discovery and disclosure of
5 | exculpatory evidence is continued to **January 31, 2005, at 2:00 p.m.**

7 | SO ORDERED.

9 | DATED: December 9, 2005

_____
HON. WILLIAM ALSUP
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*