KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
RICHARD J. CUTLER (CSBN 146180)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758, 6867

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00507 WHA |
|     Plaintiff, | AMENDED STIPULATION AND ORDER CONTINUING DATES FOR HEARING AND [~~PROPOSED~~] ORDER EXCLUDING TIME BETWEEN DECEMBER 12, 2005 AND JANUARY 31, 2006 FROM THE SPEEDY TRIAL CALCULATION (18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv)) |
| v. | |
| BERNARD THOMAS, JR., | |
|     Defendant. | San Francisco Venue |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

    1.    The parties have been in communication concerning defendant's motion for discovery and disclosure of exculpatory evidence. The parties have also been engaged in on-going settlement discussions. Based on these discussions, the defendant has agreed to a continuance of the motion until January 31, 2005, at 2:00 p.m.

1     3.    Accordingly, the hearing date on defendant's motion, currently scheduled for
December 12, 2005 at 2:00 p.m., should be continued to **January 31, 2006, at 2:00 p.m.**

DATED:                              KEVIN V. RYAN
                                    United States Attorney


12/12/05                                  /S/
                                    PHILIP J. KEARNEY
                                    RICHARD J. CUTLER
                                    Assistant United States Attorney




DATED: 12/12/05                           /S/
                                    ELENA CONDES
                                    Counsel for defendant BERNARD THOMAS, JR.




///

///

///

STIPULATION AND ORDER
CONTINUING DATES                  2

<u>ORDER</u>

Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY ORDERS THAT:

The hearing date on defendant's motion for discovery and disclosure of exculpatory evidence is continued to **January 31, 2005, at 2:00 p.m.** and that the time between December 12, 2005 and January 31, 2006 is excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv)).

SO ORDERED.

DATED: December 13, 2005

IT IS SO ORDERED
Judge William Alsup

HON. WILLIAM ALSUP
United States District Judge

STIPULATION AND ORDER
CONTINUING DATES                    3