KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
RICHARD J. CUTLER (CSBN 146180)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758, 6867
    Email: philip.kearney@usdoj.gov
           richard.cutler@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00507 WHA |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING DATES FOR HEARING AND [PROPOSED] ORDER EXCLUDING TIME BETWEEN FEBRUARY 21, 2006 AND APRIL 11, 2006 FROM THE SPEEDY TRIAL CALCULATION (18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv)) |
| v. | |
| BERNARD THOMAS, JR., | |
|     Defendant. | San Francisco Venue |

STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

1. The parties have been in communication concerning defendant's motion for discovery and disclosure of exculpatory evidence. The parties have also been engaged in on-going settlement discussions. Counsel for defendant Thomas has requested the preparation of a

1 pre-plea criminal history report to aid in settlement discussions with her client.

2     2. That on February 15, 2006 counsel for the government contacted duty United States Probation Officer Ann Searles regarding the preparation of a pre-plea criminal history. That Ms. Searles indicated that two months would be sufficient to prepare such a report once ordered by the court.

    3. That based on the need for this report, the defendant has agreed to a continuance of the motion until April 11, 2006, at 2:00 p.m. The government contacted counsel for the defendant on today's date and received her verbal authorization to enter the electronic signature below.

    4. Accordingly, the hearing date on defendant's motion, currently scheduled for February 21, 2006 at 2:00 p.m., should be continued to **April 11, 2006, at 2:00 p.m.**

DATED:                      KEVIN V. RYAN
                               United States Attorney

2/15/06                     /S/
                               PHILIP J. KEARNEY
                               RICHARD J. CUTLER
                               Assistant United States Attorney

DATED: 2/15/06              /S/
                               ELENA CONDES
                               Counsel for defendant BERNARD THOMAS, JR.

<u>ORDER</u>

Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY ORDERS THAT:

The hearing date on defendant's motion for discovery and disclosure of exculpatory evidence is continued to **April 11, 2006, at 2:00 p.m.** and that the time between February 21, 2006 and April 11, 2006 is excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv)).

The United States Probation Office is also ordered to prepare a pre-plea criminal history for the defendant in preparation for the April 11, 2006 hearing date.

SO ORDERED.

DATED: February 16, 2006

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION AND ORDER
CONTINUING DATES                3