1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   PHILIP J. KEARNEY (CSBN 114978)
    RICHARD J. CUTLER (CSBN 146180)
5   Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
7       Telephone: (415) 436-6758, 6867
        Email: philip.kearney@usdoj.gov
8             richard.cutler@usdoj.gov

9   Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13  UNITED STATES OF AMERICA,          )   No.:  CR 05-00507 WHA
                                       )
14                 Plaintiff,          )   STIPULATION AND [PROPOSED] ORDER
                                       )   CONTINUING DATES FOR HEARING
15            v.                       )   AND [PROPOSED] ORDER EXCLUDING
                                       )   TIME BETWEEN JUNE 20, 2006
16                                     )   AND JULY 11, 2006 FROM THE
    BERNARD THOMAS, JR.,               )   SPEEDY TRIAL CALCULATION (18 U.S.C.
17                                     )   §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv))
                                       )
18                 Defendant.          )
                                       )   San Francisco Venue
19  _____ )

20

21                               STIPULATION

22      IT IS HEREBY STIPULATED by and between the parties, through their undersigned

23  counsel that:

24      1.     Counsel for both parties have received and are going through defendant's pre-plea

25  criminal history calculations that was received on June 5, 2006.  Both parties need additional

26  time to meet and confer concerning discovery, motions, and possible plea negotiations.

1    2.    The continuance will allow for continuity of counsel and allow counsel for both

2  parties to address various issues in the case with due diligence.

3    3.    Additionally, defendant's motion for discovery and for disclosure of exculpatory

4  evidence is still pending and the issue may be resolved with additional contact between the

5  parties prior to hearing and decision on the motion.

6    4.    The government contacted counsel for the defendant on today's date and received

7  her verbal authorization to enter the electronic signature below.

8    5.    Accordingly, the status conference and the hearing date on defendant's motion,

9  currently scheduled for June 20, 2006, at 2:00 p.m., should be continued to **July 11, 2006, at**

10 **2:00 p.m.**

11

12

13 DATED:                                    KEVIN V. RYAN
                                            United States Attorney
14

15

16 6/19/06                                        /S/
                                            PHILIP J. KEARNEY
17                                          RICHARD J. CUTLER
                                            Assistant United States Attorney
18

19

20

21
    DATED: 6/19/06                               /S/
22                                          ELENA CONDES
                                            Counsel for defendant BERNARD THOMAS, JR.
23

24

25

26

STIPULATION AND ORDER
CONTINUING DATES                    2

1    ORDER

2         Based upon the above Stipulation, and for good cause appearing, THE COURT

3    HEREBY ORDERS THAT:

4              The status conference is continued so that the parties can meet and confer

5    concerning the pre-plea criminal history calculations and the hearing date on defendant's motion

6    for discovery and disclosure of exculpatory evidence is continued to **July 11, 2006, at 2:00 p.m.**

7    and that the time between June 20, 2006 and July 11, 2006 is excluded from the speedy trial

8    calculation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv)).

9

10        SO ORDERED.

11

12   DATED:    June 20, 2006

13

14



Judge William Alsup

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER
CONTINUING DATES                           3