IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00507 WHA |
| Plaintiff, | |
| v. | **REMINDER NOTICE** |
| BERNARD THOMAS, | |
| Defendant. | |

This is a reminder to the parties that there remains pending a motion for discovery and disclosure of exculpatory evidence. The motion is unopposed. The hearing on the motion is set for 2 p.m. today.

**IT IS SO ORDERED.**

Dated: August 22, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE